IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CALVIN JAMES,                      )
                                   )
    Plaintiff,                     )
                                   )
v.                                 )    CASE NO. CV422-079
                                   )
DEPARTMENT OF HUMAN                )
SERVICES/CHATHAM COUNTY CHILD      )
SUPPORT SRVC.,                     )
                                   )
    Defendant.                     )
_____)

### O R D E R

On March 4, 2022, Plaintiff Calvin James filed his complaint, in which he appears to allege his child support obligations are unconstitutional. (Doc. 1 at 1-2.) On the same day, the Clerk of Court informed Plaintiff that his filing was deficient because he did not pay the required filing fee or file a motion to proceed in forma pauperis. (Doc. 2 at 1.) The Clerk of Court notified Plaintiff that failure to cure this deficiency within 21 days could result in dismissal of his complaint. (Id.) The deadline for Plaintiff to respond has passed, and Plaintiff has taken no further action in this case.

"Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." Foudy v. Indian River Cnty. Sheriff's Off., 845 F.3d 1117, 1126 (11th Cir. 2017) (citing Goforth v. Owens, 766 F.2d 1533, 1535 (11th Cir.

1985)). As the Supreme Court has stated, "[t]he power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S. Ct. 1386, 1388, 8 L. Ed. 2d 734 (1962). Similarly, under Local Rule 41.1(b) and (c) "the assigned Judge may, after notice to counsel of record, sua sponte, or on motion of any party, dismiss any action for want of prosecution, with or without prejudice" for "[w]illful disobedience or neglect of any order of the Court; or . . . [a]ny other failure to prosecute a civil action with reasonable promptness." S.D. Ga. L.R. 41.1.

In this case, the Court finds that Plaintiff has shown an unwillingness to comply with the orders of this Court and therefore, that dismissal is warranted. See Aitken v. Florida, No. 5:21-cv-205-TKW/MJF, 2022 WL 447577, at *2 (N.D. Fla. Jan. 19, 2022) (dismissing pro se case for failure to pay filing fee and comply with the court's show cause order). Accordingly, Plaintiff's complaint (Doc. 1.) is **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of April 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA